FILED

08/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0620

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0620

_____

CHARLES ROBERT MASOLO and GAY ANN
MASOLO,

      Plaintiffs and Appellees,

  v.                                                                          O R D E R

CHRISTOPHER "GREGG" THOMAS and
MARGARET THOMAS,

      Defendants and Appellants.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Christopher "Gregg" Thomas and Margaret Thomas, to all counsel of record, and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 30 2023